AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 1591 - Sex Trafficking
of Minor

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

10-year man. min. sentence, lifetime imprisonment
maximum sentence; $250,000 fine; minimum of 5 years
supervised release, maximum lifetime supervised release;
registration as a sex offender, $100 special assessment

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
FBI / SA Marty Parker

E-Filing

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

3-07-70545

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Denise Marie Barton

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT 23 PM 12: 58

RICHARD W. WIEKING
NORTHERN DISTRICT OF COURT
CALIFORNIA

### DEFENDANT - U.S.

MELVIN PARKER

DISTRICT COURT NUMBER

CR 07 0668

PJH

### DEFENDANT

#### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other   } ☐ Fed'l ☐ State
        charges

If answer to (6) is "Yes", show name of Institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed

DATE OF
ARREST    10/9/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY    10/9/2007

Month/Day/Year

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

*FILED*

*07 OCT 23 PM 12: 58*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DIST. OF CALIFORNIA*

*E-Filing*

0668

UNITED STATES OF AMERICA,

V.

Melvin Parker

DEFENDANT.

# INDICTMENT

18 U.S.C. § 1591 - Sex Trafficking of a Minor

A true bill.

_____
Foreman

Filed in open court this _2 3rd_ day of _Oct, 2007_

_____
**BETTY FONG**
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Process        Bail, $_____

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-Filing FILED
07 OCT 23 PM 12: 58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

0068

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| | ) | VIOLATION: 18 U.S.C. § 1591 - Sex |
| v. | ) | Trafficking of a Minor |
| MELVIN PARKER, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) | |

INDICTMENT

The Grand Jury charges:

From on or about June 28, 2007, through on or about August 9, 2007, in the Northern

District of California, the defendant,

MELVIN PARKER,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide,

and obtain by any means a person, namely, a 16-year-old minor female, Jane Doe, knowing that

//

//

//

INDICTMENT

1   Jane Doe had not attained the age of 18 years and would be caused to engage in a commercial sex

2   act, all in violation of Title 18, United States Code, Section 1591.

3

4

5
    DATED: October 23, 2007                          A TRUE BILL.
6

7

8                                                    FOREPERSON

9

10
    SCOTT N. SCHOOLS
11  United States Attorney

12

13  GREGG W. LOWDER
14  Chief, Major Crimes Section

15

16  (Approved as to form: _____
17                          AUSA BARTON

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT                                2