1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7359
7   Facsimile: (415) 436-7234
    denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14                                      )   CR No. 07-668 PJH
    UNITED STATES OF AMERICA,           )
15                                      )   STIPULATION AND [PROPOSED] ORDER
              Plaintiff,                )   EXCLUDING TIME
16                                      )
        v.                              )
17                                      )
    MELVIN PARKER,                      )
18                                      )
              Defendant.                )
19   _____)

20      On October 24, 2007, the parties in this case appeared before the Court and stipulated that

21   time should be excluded from the Speedy Trial Act calculations from October 24, 2007 through

22   November 7, 2007. The parties represented that granting the continuance was necessary

23   //

24   //

25   //

26

27

28

Stipulation and [Proposed] Order Excluding Time, 07-668 PJH                        1

1  for effective preparation of counsel, taking into account the exercise of due diligence. See 18

2  U.S.C. § 3161(h)(8)(B)(iv).

3

4  SO STIPULATED:

5

6                                          SCOTT N. SCHOOLS
                                           United States Attorney
7

8  DATED: October 29, 2007              _____/s/_____
                                           DENISE MARIE BARTON
9                                          Assistant United States Attorney

10

11

12
   DATED:  October 29, 2007            _____/s/_____
13                                         DANIEL BLANK
                                           Attorney for MELVIN PARKER
14

15

16       As the Court found on October 24, 2007, and for the reasons stated above, the Court finds

17  that the ends of justice served by the continuance outweigh the best interests of the public and the

18  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

19  calculations from October 24, 2007 through November 7, 2007 for effective preparation of

20  counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would

21  deny counsel reasonable time necessary for effective preparation, taking into account the exercise

22  of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

23

24  SO ORDERED.

25

26  DATED: __10/30/07__

27                                         HON. EDWARD M. CHEN
                                           United States Magistrate Judge
28

Stipulation and [Proposed] Order Excluding Time, 07-668 PJH                    2