UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 7, 2007    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-668 PJH

**Case Name:**   UNITED STATES   v.   MELVIN PARKER, JR. (C)

**Attorney for Plaintiff:**   Denise Barton
**Attorney for Defendant:**   Dan Blank

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Trial Setting-Held. Defense counsel informs the court that he has received discovery today and will need additional time to review. Defense counsel also informs the court that a possible disposition of this case may be reached. Defense counsel's request to continue the matter is granted by the court. Time is excluded from 11/7/07 to 12/12/07 for the reasons stated on the record. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: December 12, 2007 at 1:30 p.m.  for Trial Setting/Change of Plea** .

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category    Begins 11/7/07 Ends 12/12/07
-------------------------------------------------------------------------------------------------------------------

**cc:**   chambers