SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.  07-668 PJH |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL SETTING / CHANGE OF PLEA DATE |
|    v. ) | |
| MELVIN PARKER, ) | |
|    Defendant. ) | |

     The defendant was indicted on October 23, 2007.  On November 7, 2007, the parties made their Initial Appearance before this Court and set a further date before this Court for Trial Setting / Change of Plea on Wednesday, December 12, 2007 at 1:30 p.m.  The parties have arrived at an agreement in principle for a disposition of the case but need additional time to complete and submit a plea agreement for the Court's consideration.  The parties request that this matter be continued for one week until Wednesday, December 19, 2007 at 1:30 p.m. for Change

//

//

of Plea pursuant to a Plea Agreement. The parties agree that time is properly excluded under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                    Respectfully submitted,
                    SCOTT N. SCHOOLS
                    United States Attorney

DATED: December 11, 2007          /s/_____
                    DENISE MARIE BARTON
                    Assistant United States Attorney

DATED: December 11, 2007          /s/_____
                    DANIEL BLANK
                    Attorney for MELVIN PARKER

For the foregoing reasons, this matter is continued until December 19, 2007 at 1:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel reasonable time for effective preparation of counsel, taking into account the exercise of due diligence. Accordingly, time shall be excluded from December 12, 2007 through December 19, 2007.

SO ORDERED.

DATED: _____      _____
                    HON. PHYLLIS J. HAMILTON
                  United States District Court Judge