1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14                                    )   CR No.  07-668 PJH
                                      )
15  UNITED STATES OF AMERICA,         )
                                      )   STIPULATION AND [PROPOSED] ORDER
16          Plaintiff,                )   CONTINUING THE TRIAL SETTING /
                                      )   CHANGE OF PLEA DATE
17       v.                           )
                                      )
18  MELVIN PARKER,                    )
                                      )
19          Defendant.                )
                                      )
20  _____)

21          The defendant was indicted on October 23, 2007.  On November 7, 2007, the parties

22  made their Initial Appearance before this Court and set a further date before this Court for Trial

23  Setting / Change of Plea on Wednesday, December 12, 2007 at 1:30 p.m.  The parties have

24  arrived at an agreement in principle for a disposition of the case but need additional time to

25  complete and submit a plea agreement for the Court's consideration.  The parties request that this

26  matter be continued for one week until Wednesday, December 19, 2007 at 1:30 p.m. for Change

27  //

28  //

1  of Plea pursuant to a Plea Agreement.  The parties agree that time is properly excluded under

2  the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4  SO STIPULATED:

5                                              Respectfully submitted,
                                               SCOTT N. SCHOOLS
6                                              United States Attorney

7

8  DATED: December 11, 2007             _____/s/_____
                                         DENISE MARIE BARTON
9                                        Assistant United States Attorney

10

11

12 DATED: December 11, 2007             _____/s/_____
                                         DANIEL BLANK
13                                       Attorney for MELVIN PARKER

14

15        For the foregoing reasons, this matter is continued until December 19, 2007 at 1:30 p.m.

16 Pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(8)(B)(iv), the

17 ends of justice are served by granting the requested continuance, given that failure to do so

18 would deny counsel reasonable time for effective preparation of counsel, taking into account the

19 exercise of due diligence.  Accordingly, time shall be excluded from December 12, 2007 through

20 December 19, 2007.

21

22 SO ORDERED.

23

24 DATED: ___12/12/07_____

25                                      HON
                                        Unite

26

27



28