UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** December 19, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-668 PJH

**Case Name:** UNITED STATES v. MELVIN PARKER, JR. (C)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Dan Blank

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

Trial Setting/Change of Plea-Held.  Defense counsel informs the court that one matter in the plea agreement remains unresolved.  Defense counsel's request for additional time to meet and confer with his client is granted by the court.  Time is excluded from 12/19/07 to 1/16/08 for effective preparation of counsel and continuity of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** January 16, 2008 at 1:30 p.m.  for Trial Setting/Change of Plea .

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category    Begins 12/19/07 Ends 1/16/08
-------------------------------------------------------------------------------------------------------------------

**cc:**    chambers