1 | BARRY J. PORTMAN
Federal Public Defender
2 | STEVEN G. KALAR
3 | Assistant Federal Public Defender
450 Golden Gate Avenue
4 | San Francisco, CA 94102
5 | Telephone: (415) 436-7700

6 | Counsel for Defendant Finley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-543 JSW |
| Plaintiff, ) | DEFENDANT'S NOTICE OF APPEARANCE AS COUNSEL |
| v. ) | |
| MAURICE FINLEY, ) | |
| Defendant. ) | |

TO: UNITED STATES ATTORNEY, PLAINTIFF; AND SCOTT N. SCHOOLS, UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA; AND BLAKE STAMM, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTE that the clerk is hereby asked to enter the appearance of Steven G. Kalar, Assistant Federal Public Defender, and to withdraw the appearance of Daniel Blank, the Assistant Federal Public Defender who was formerly assigned to represent the above-entitled defendant. The clerk is requested to change the docket sheet and other court records to reflect Mr. Kalar as counsel, and to direct all orders and future communications from the Court to AFPD Steven G. Kalar at the above mailing address.

Please also take note that, from the date of this request, service on the defendant

//

//

1 | should be made on AFPD Steven Kalar only. Please amend your service lists accordingly.

4 | Dated: December 19, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s

STEVEN G. KALAR
Assistant Federal Public Defender