UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 16, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0668PJH

**Case Name:** UNITED STATES v. MELVIN PARKER, JR. (In Custody, present)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Steven Kalar

**Deputy Clerk:** Frank Justiliano      **Court Reporter:** Catherine Edwards
**Interpreter:** None                    **Probation Officer:** None

**PROCEEDINGS**

Status held. Plea Agreement submitted to the Court prior to start of hearing.

**CASE CONTINUED TO:** January 23, 2008 at 1:30 p.m. **for** Change of Plea.

----

**EXCLUDABLE DELAY:** The Court determines no basis for speedy trial exclusion.

----

**cc:**   Chambers