JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  v. )<br>MELVIN PARKER, )<br>    Defendant. ) | CR No. 07-668 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

      On October November 7, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 7, 2007 through December 12, 2007. The parties represented that granting the continuance was

//

//

//

Stipulation and [Proposed] Order Excluding Time, 07-668 PJH            1

1  necessary for effective preparation of counsel, taking into account the exercise of due diligence.
2  See 18 U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

8  DATED: January 16, 2008            /s/ Denise Barton
                                       DENISE MARIE BARTON
9                                      Assistant United States Attorney

12 DATED: January 16, 2008            /s/
13                                     STEVEN G. KALAR
                                       Attorney for MELVIN PARKER

16     As the Court found on November 7, 2007, and for the reasons stated above, the Court
17 finds that the ends of justice served by the continuance outweigh the best interests of the public
18 and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
19 calculations from November 7, 2007 through December 12, 2007 for effective preparation of
20 counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would
21 deny counsel reasonable time necessary for effective preparation, taking into account the
22 exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
23 §3161(h)(8)(B)(iv).
24 SO ORDERED.

26 DATED: January 22, 2008           _____
27                                   HON. P[...]
                                     United S[...]
                                     Judge Phyllis J. Hamilton

*IT IS SO ORDERED* (stamp, signed)

Stipulation and [Proposed] Order Excluding Time, 07-668 PJH                                       2