1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney

2

3    BRIAN STRETCH (CSBN 163973)
     Chief, Criminal Division

4    DENISE MARIE BARTON (MABN 634052)
     Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102

7        Telephone: (415) 436-7359
         Facsimile: (415) 436-7234

8        denise.barton@usdoj.gov

9    Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )   CR No.  07-668 PJH
                                       )
16            Plaintiff,               )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   EXCLUDING TIME
17        v.                           )
                                       )
18   MELVIN PARKER,                    )
                                       )
19            Defendant.               )
                                       )
20   _____)

21        On December 19, 2007, the parties in this case appeared before the Court and stipulated

22   that time should be excluded from the Speedy Trial Act calculations from December 19, 2007

23   through January 16, 2008.  The parties represented that granting the continuance was

24   //

25   //

26   //

27   //

28   //

1  necessary for effective preparation and continuity of counsel, taking into account the exercise of

2  due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4  SO STIPULATED:

5

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
7

8  DATED: January 16, 2008                   /s/ Denise Barton
                                              DENISE MARIE BARTON
9                                             Assistant United States Attorney

10

11

12

13  DATED: January 16, 2008                   /s/
                                              STEVEN G. KALAR
14                                            Attorney for MELVIN PARKER

15

16          As the Court found on December 19, 2007, and for the reasons stated above, the Court

17  finds that the ends of justice served by the continuance outweigh the best interests of the public

18  and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

19  calculations from December 19, 2007 through January 16, 2008 for effective preparation and

20  continuity of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested

21  continuance would deny counsel reasonable time necessary for effective preparation and

22  continuity of counsel, taking into account the exercise of due diligence, and would result in a

23  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

24  SO ORDERED.

25

26  DATED: _____   January 22, 2008

27  HON. ____
    United Stat                    IT IS SO ORDERED

28

                                   Judge Phyllis J. Hamilton

Stipulation and [Proposed] Order Excluding Time, 07-668 PJH                    2