|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07 668 PJH |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER RE: ACCESS TO DIGITAL EVIDENCE IN CUSTODY |
| v. | ) | |
| MELVIN PARKER, | ) | |
| Defendant. | ) | **Hearing Date:** Wednesday, January 23, 2008 at 1:30 pm |

The United States Marshall, the Sheriff of Alameda County, and all Sergeants and Deputy Sheriffs at the Glenn E. Dyer Detention Facility and Santa Rita Jail are hereby ordered to permit Assistant Federal Public Defender Steven Kalar to bring a laptop computer into contact visits with inmate Melvin Parker. This laptop shall only be used to review evidence relating to the above-captioned case, and shall only be allowed in the presence of the inmate when AFPD Kalar is present. Mr. Kalar shall also be permitted to bring CD or DVD disks with evidence relating to this case, a

//
//
//
//
//
//

*Parker*, CR 07-668 PJH
ORD. RE: LAPTOP COMPUTER ACCESS

1  small external speaker, and an external optical disk reader, with the laptop computer during contact
2  visits.
3      The United States Marshall is directed to promptly provide a copy of this order to the
4  appropriate Sergeant at the Glenn E. Dyer detention facility, and to facilitate the inmate's access to
5  the laptop computer during AFPD Kalar's contact visits.
6
7  IT IS SO ORDERED.
8  1/23/08
9  DATED                         PHYLLIS J. HAMILTON
                                United States District Court Judge

*Parker*, CR 07-668 PJH
ORD. RE: LAPTOP COMPUTER ACCESS        2