UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 23, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR 07-0668 PJH

**Case Name:** UNITED STATES v. Melvin Parker, Jr. (In Custody)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Steven Kalar

**Deputy Clerk:** Frank Justiliano      **Court Reporter:** Debra Pas
**Interpreter:** None      **Probation Officer:** None

**PROCEEDINGS**

Update on status held. Additional discovery of evidence requested by defense counsel. No objection by the government. Time is excluded for effective preparation of counsel. Counsel for AUSA to prepare the stipulated order.

**CASE CONTINUED TO:** February 20, 2008 at 1:30 p.m. **for** Change of Plea hearing.

**cc:** chambers