1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
                                    )   CR No.  07-668 PJH
15  UNITED STATES OF AMERICA,        )
                                    )   STIPULATION AND [PROPOSED] ORDER
16          Plaintiff,               )   EXCLUDING TIME
                                    )
17     v.                            )
                                    )
18  MELVIN PARKER,                   )
                                    )
19          Defendant.               )
                                    )
20

21        On January 23, 2008, the parties in this case appeared before the Court and stipulated that

22  time should be excluded from the Speedy Trial Act calculations from January 23, 2008 through

23  February 20, 2008.  The parties represented that granting the continuance was necessary for

24  //

25  //

26  //

27  //

28  //

1  effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C.

2  § 3161(h)(8)(B)(iv).

3

4  SO STIPULATED:

5

6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

7

8  DATED: January 30, 2008              _____/s/ Denise Barton_____
                                               DENISE MARIE BARTON

9                                              Assistant United States Attorney

10

11

12

13  DATED: January 30, 2008              _____/s/_____
                                               STEVEN G. KALAR

13                                             Attorney for MELVIN PARKER

14

15

16        As the Court found on January 23, 2008, and for the reasons stated above, the Court finds

17  that the ends of justice served by the continuance outweigh the best interests of the public and

18  the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

19  calculations from  January 23, 2008 through February 20, 2008 for effective preparation of

20  counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would

21  deny counsel reasonable time necessary for effective preparation, taking into account the

22  exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

23  §3161(h)(8)(B)(iv).

24  SO ORDERED.

25

26  DATED: ___2/1/08_____

27                                             IT IS SO ORDERED

28                                             Unit... ...ge
                                               Judge Phyllis J. Hamilton