## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: February 20, 2008**                                    **JUDGE: Phyllis J. Hamilton**

**Case No: CR-07-668 PJH**

**Case Name:**   UNITED STATES   v.   MELVIN PARKER, JR. (C)

**Attorney for Plaintiff:**     Derek Owens for Denise Barton
**Attorney for Defendant:**   Steve Kalar

**Deputy Clerk:** Nichole Heuerman                          **Court Reporter:** Joan Columbini

### PROCEEDINGS

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to the sole count of the Indictment. The plea is accepted and the defendant is adjudged guilty of the offense. The defendant is referred to Probation to conduct a presentence investigation.

**CASE CONTINUED TO: May 7, 2008 at 1:30 p.m. for Sentencing.**

cc:     chambers