IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN PARKER,<br><br>　　　　　　Defendant. | No. CR 07 668 PJH<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING<br><br>**Current Hearing Date:** May 7, 2008 at 1:30 pm<br><br>**Proposed Sentencing Hearing Date:** Wednesday, May 21, 2008 at 1:30 p.m. |

  Sentencing in the above-entitled case is currently schedule for May 7, 2008. In this proposed stipulated order, counsel for Mr. Parker represents that the presentence process in not complete due to scheduling conflicts relating to the interview of the defendant. In addition, defense counsel represents that the parties and Probation have met and conferred repeatedly since the plea and have successfully resolved a number of issues relating to sentencing during this time period. Defense counsel and the Probation Office now have an appointment scheduled for the interview of Mr. Parker at the Glenn Dyer jail next week.

  To permit adequate time for an interview of Mr. Parker and for the incorporation of information from this interview into the draft presentence report, the defense requests that the sentencing hearing now scheduled for Wednesday, May 7, 2008 be continued until

*Parker*, CR 07 668 PJH
ORD. CONT. SENTENCING

1  Wednesday, May ~~21~~ 28, 2008 at 1:30 p.m. The government has no objection to this request, and
2  Probation Officer Mabie is available on that date.
3     Therefore, for good cause shown the defense request is granted. The sentencing hearing
4  now scheduled for Wednesday, May 7th shall be vacated. This matter shall be added to the
5  Court's calendar on Wednesday, May ~~21~~ 28, 2008 at 1:30 p.m for sentencing.
6  IT IS SO ORDERED.

    4/23/08
8  _____          _____
   DATED                                      PHYLLIS J. HAMILTON
9                                             United States District Judge

    *IT IS SO ORDERED*
    *Judge Phyllis J. Hamilton*

11 IT IS SO STIPULATED.

13 _____          ____/s_____
14 DATED                                      JOSEPH P. RUSSONIELLO
                                              United States Attorney
15                                            Northern District of California
                                              DENISE BARTON
16                                            Assistant United States Attorney

19 _____          ____/s_____
   DATED                                      BARRY J. PORTMAN
20                                            Federal Public Defender
21                                            Northern District of California
                                              STEVEN G. KALAR
22                                            Assistant Federal Public Defender