**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

BARRY J. PORTMAN
*Federal Public Defender*
STEVEN G. KALAR
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:         (415) 436-7706
E-mail:     Steven_Kalar@fd.org

Friday, May 2, 2008

The Honorable Phyllis J. Hamilton
Northern District of California
Federal Building, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**RE:** *United States v. Melvin Parker*, CR 07-0668 PJH

Your Honor:

You will recall that I recently requested the sentencing be continued in the above-entitled case, to permit the completion of the presentence process. Unfortunately, I did not check with your clerk before I submitted the proposed stipulated order, and the Court was unavailable on the proposed date. The Court, therefore, set the matter on for sentencing on May 28th.

I will, unfortunately, be out of the state on work-related business on May 28th. I have spoken with AUSA Barton and Probation Officer Mabie, and the first date that the Court and all parties will be available will be Wednesday, June 18th.

Therefore, I would ask that the sentencing hearing currently scheduled for Mr. Parker on Wednesday May 28th be vacated, and that the case be added to the Court's calendar for sentencing on Wednesday, June 18th. A proposed stipulated order to that effect is enclosed.

Thank you for your consideration.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender
Northern District of California

Encl.
cc:     AUSA Denise Barton
         Probation Officer Charlie Mabie