IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 668 PJH |
| Plaintiff, | ) ) | [PROPOSED] STIPULATED ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| MELVIN PARKER, | ) ) | **Current Sentencing Hearing Date:** Wednesday, May 28, 2008 at 1:30 pm |
| Defendant. | ) ) ) | **Proposed Sentencing Hearing Date:** Wednesday, June 18, 2008 at 1:30 p.m. |

At the request of the defense, the Court continued the sentencing date in the above-entitled case from May 7, 2008. The Court set the matter on for sentencing on Wednesday, May 28, 2008 in a modified stipulated order.

Unfortunately, undersigned counsel will be out of the state on Wednesday, May 28 on work-related business. Therefore, the defense has requested that the matter be put over to Wednesday, June 18, 2008 at 1:30 p.m. for sentencing. Undersigned counsel has spoken to the Court's clerk, to Probation Officer Mabie, and to AUSA Denise Barton, and June 18th is the first date that all parties are available. AUSA Barton has no objection to this proposed continuance.

Therefore, for good cause shown the sentencing hearing now scheduled for Wednesday, May 28, 2008 shall be vacated. The matter shall be added to the Court's calendar on

Wednesday, June 18, 2008 at 1:30 p.m. for sentencing.

IT IS SO ORDERED.

_____
DATED                                   PHYLLIS J. HAMILTON
                                        United States District Court Judge

IT IS SO STIPULATED.

<u>April 28, 2008</u>                       ____/s_____
DATED                                   JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                        Northern District of California
                                        DENISE BARTON
                                        Assistant United States Attorney


<u>April 28, 2008    </u>                  _____/s_____
DATED                                   BARRY J. PORTMAN
                                        Federal Public Defender
                                        Northern District of California
                                        STEVEN G. KALAR
                                        Assistant Federal Public Defender