1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            ) No.  CR 07 668 PJH
                                        )
10                  Plaintiff,           ) [PROPOSED] STIPULATED
                                        ) ORDER CONTINUING
11       v.                              ) SENTENCING
                                        )
12  MELVIN PARKER,                       ) **Current Sentencing Hearing Date:**
                                        ) Wednesday, May 28, 2008 at 1:30 pm
13                  Defendant.           )
                                        ) **Proposed Sentencing Hearing Date:**
14  _____) Wednesday, June 18, 2008 at 1:30 p.m.

15

16   At the request of the defense, the Court continued the sentencing date in the above-

17 entitled case from May 7, 2008. The Court set the matter on for sentencing on Wednesday,

18 May 28, 2008 in a modified stipulated order.

19   Unfortunately, undersigned counsel will be out of the state on Wednesday, May 28 on

20 work-related business. Therefore, the defense has requested that the matter be put over to

21 Wednesday, June 18, 2008 at 1:30 p.m. for sentencing. Undersigned counsel has spoken to

22 the Court's clerk, to Probation Officer Mabie, and to AUSA Denise Barton, and June 18th is

23 the first date that all parties are available. AUSA Barton has no objection to this proposed

24 continuance.

25   Therefore, for good cause shown the sentencing hearing now scheduled for Wednesday,

26 May 28, 2008 shall be vacated. The matter shall be added to the Court's calendar on

*Parker*, CR 07 668 PJH
ORD. CONT. SENTENCING

Wednesday, June 18, 2008 at 1:30 p.m. for sentencing.

IT IS SO ORDERED.

<u>5/5/08</u>
DATED

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

IT IS SO STIPULATED.

<u>April 28, 2008</u>                    \_\_\_\_/s_____
DATED                                JOSEPH P. RUSSONIELLO
                                     United States Attorney
                                     Northern District of California
                                     DENISE BARTON
                                     Assistant United States Attorney

<u>April 28, 2008</u>                    \_\_\_\_\_/s_____
DATED                                BARRY J. PORTMAN
                                     Federal Public Defender
                                     Northern District of California
                                     STEVEN G. KALAR
                                     Assistant Federal Public Defender