UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: June 18, 2008                                    JUDGE: Phyllis J. Hamilton

Case No: CR-07-668 PJH

Case Name:   UNITED STATES   v.   MELVIN PARKER, JR. (C)

**Attorney for Plaintiff:**   Denise Barton
**Attorney for Defendant:**   Steve Kalar

**Deputy Clerk:** Nichole Heuerman           **Court Reporter:** Jim Yeomans

PROCEEDINGS

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 130 months; 10 years supervised release with the special conditions as stated on the record. The defendant shall pay a special assessment in the amount of $100.00, due immediately. If the defendant is not able to pay the special assessment immediately it shall be paid through the Bureau of Prisons Inmate Financial Responsibility Program at no less than $25.00 per quarter.

The court will make a recommendation to the Bureau of Prisons that the defendant participate in the BOP 500 hour RDAP Program and be designated to a facility in California to facilitate family visits.

**cc:**   chambers